# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

154217 & (60)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 154217
                                           COA: 325399
                                           Macomb CC: 2013-002806-FC

VIKTOR SHAHOLLI,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the appellate record is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017
                                      

t0424
                                      Clerk